# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5408**            **September Term, 2006**

07cv00523

Keith Thomas, Appellant

v.

John Doe, et al. Appellees

**Filed On:**



**ORDER**

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by February 11, 2008, appellant must either pay the $450.00 appellate docketing fee and the $5.00 filing fee to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a), along with the **Consent to Collection of Fees Form and the Prisoner Trust Account Report in this court**. See Attachments. **The district court's November 14, 2007, authorization to proceed in that court in forma pauperis is effective only for proceedings in the district court and does not carry over to proceedings in this court.** See 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a)(3). (In the event the district court denies the request to proceed on appeal in forma pauperis, appellant will need to renew that request in this court.)

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee and to comply with any order issued by the court including a briefing schedule. Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY: *MaryAnne McMain*
          MaryAnne McMain
          Deputy Clerk

Attachments:
     (1)     Application to Proceed In Forma Pauperis
     (2)     Consent to Collection of Fees Form
     (3)     Prisoner Trust Account Report
     (4)     Prison Reform Litigation Act Informational Letter